UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
BERTHA M MULLEN

CASE NO. 04 B 25314

CHAPTER 13

JUDGE: MANUEL BARBOSA

Debtor  
SSN XXX-XX-1933

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/07/04 and confirmed on 09/02/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 3780.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEIGHTS FINANCE CORP | SECURED | 1000.00 | 64.44 | 1000.00 |
| ALL AMERICAN CASH ADVANC | UNSECURED | 378.57 | .00 | 67.24 |
| ALPAT COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 297.43 | .00 | 52.83 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 262.14 | .00 | 46.57 |
| RECEIVABLES MANAGEMENT I | UNSECURED | 60.00 | .00 | 10.66 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA CREDIT | UNSECURED | 1541.35 | .00 | 273.79 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 333.17 | .00 | 59.18 |
| SHORT TERM LOANS | UNSECURED | 200.00 | .00 | 35.53 |
| TITLE LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| CUB FOODS | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | 434.52 | .00 | 77.19 |
| AUDIT SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORP | UNSECURED | 2611.78 | .00 | 463.93 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED        1000.00            .00      6118.96          .00      7118.96
PRINCIPAL PAID            1000.00            .00      1086.92          .00      2086.92
INTEREST PAID               64.44            .00          .00          .00        64.44
TOTAL PAID                1064.44            .00      1086.92          .00      2151.36
```

The Debtor's attorney, RICHARD S BASS                , was allowed $   1500.00
and was paid $     50.00   direct  and  $   1450.00   through the plan.

The Trustee received $     178.64 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE